**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

FRANCISCO GUDIEL GOMEZ CASTRO

VERSUS

TAE D. JOHNSON, ET AL.

CIVIL ACTION NO. 26-1630

SECTION P

JUDGE S. MAURICE HICKS, JR.

MAGISTRATE JUDGE MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge (Record Document 16) having been considered, together with the written objection thereto filed with this Court (Record Document 17), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Petitioner Francisco Gudiel Gomez Castro's petition for writ of habeas corpus (Record Document 1) is **DENIED**.

The Clerk of Court is directed to close this case.

The Court notes that the recent decision issued by the United States Court of Appeals for the Fifth Circuit in Sosnava Rodriguez v. Miguel Vergara, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026) (en banc) further supports dismissal of Petitioner's petition for writ of habeas corpus.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 3rd day of November, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE